**Motion Granted; Dismissed and Memorandum Opinion filed May 30, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00241-CV

---

### WATTS WATER TECHNOLOGIES, INC., Appellant

### V.

### TEXAS FARMERS INSURANCE COMPANY, A/S/O ALBERT H. WATTS, JR., Appellee

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-27195**

---

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order denying appellant's motion to compel arbitration signed February 20, 2013. *See* Tex. Civ. Prac. & Rem. Code §§ 51.016, 171.098. In response to appellant's unopposed motion to stay trial court proceedings pending resolution of this appeal, on April 25, 2013, this court issued its stay order. *See* Tex. R. App. P. 29.3.

On May 21, 2013, the parties filed a joint motion to dismiss the appeal in

order to effectuate their settlement agreement. *See* Tex. R. App. P. 42.1. According to the motion, as part of the settlement agreement, the parties have agreed to submit their dispute to arbitration, rendering this appeal moot. The parties also request that this court lift its stay of proceedings in the trial court.

The motion is granted. This court's stay order issued April 25, 2013, is lifted. The portion of the trial court's February 20, 2013, order denying appellant's motion to compel arbitration is vacated without regard to the merits, and the case is remanded to the trial court for rendition of an order in accordance with the parties' settlement agreement.

We order the appeal dismissed as moot and that each party shall pay its costs incurred by this appeal.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.